### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

---

J&J Sports Productions, Inc.,                    Civ. No. 10-4793 (RHK/JJK)

                    Plaintiff,

        v.                              **ORDER**

Angel David Chimbo Cardenas, *et al.,*

                    Defendants.

---

The Court having been advised that the parties are engaged in settlement negotiations and seek additional time to complete them, **IT IS ORDERED** that the hearing on Plaintiff's Motion for Default Judgment is **CONTINUED** to 8:00 a.m. on Tuesday, July 17, 2012, in Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.  The parties shall promptly notify the Court if this action is settled before the hearing date.

It is further **ORDERED** that the Clerk of the Court shall amend the caption in this case to correct the spelling of Defendant La Pachanga Restaurant & Grill, LLC.  This Defendant's name shall be changed to La Panchanga Restaurant & Grill, LLC (adding the first "n" in "Panchanga").

Date:  June 21, 2012                    s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge